**JacksonLewis**

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

July 21, 2023

**VIA ECF**
The Honorable Eric Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     **Iskhakova v. Stubbs & Wootton Corp.**
          **Case No.: 23-cv-02034-EK-SJB**

Dear Judge Komitee,

We represent Defendant Stubbs & Wootton Corp., ("Defendant") in this action.  We write to respectfully request that Your Honor so-order the attached Consent Decree that was fully executed by both parties. The Consent Decree was previously filed by Defendant on May 30, 2023, but the Court did not respond to the filing. [Dkt. No. 8]

The consent decree is a result of an arms-length negotiation that was bargained-for by the parties. We are available to discuss the matter with the Court if it so desires.

We thank you for your time and attention in this matter.

Respectfully submitted,

  _/s/Jason Mattar_____
Jason Mattar
914-872-6915
Jason.Mattar@JacksonLewis.com
Jackson Lewis P.C.

cc:     All counsel (via ECF)

4892-5152-2929, v. 1